UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC.,<br><br>                              Plaintiff,<br><br>v.<br><br>JAMES A. BIANCO, M.D., et al.,<br><br>                              Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.:  21cv1950-MMA (MSB)<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE**<br>**[ECF NO. 8]** |

On March 12, 2022, Plaintiff/Counter-Defendant EpicentRx, Inc. and Defendant/Counterclaimant James A. Bianco, M.D. filed a "Joint Stipulated Motion to Continue Early Neutral Evaluation and Case Management Conference."  (ECF No. 8.) They ask the Court to continue the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") currently scheduled for April 15, 2022, at 9:30 a.m. until April 19, 2022, at 9:30 a.m.  (Id. at 3–4.)  In support, the parties state that Plaintiff's lead counsel, Todd A. Boock, has a scheduling conflict because of his "prepaid family vacation," and they have agreed to continue the conferences to a later date.  (Id. at 4.)
/ / /

Having considered the joint motion and finding good cause, the Court **GRANTS** the motion. Because of the Court's unavailability at the time requested by the parties, the Court **CONTINUES** the ENE and CMC currently scheduled for April 15, 2022, at 9:30 a.m. until **April 19, 2022**, at **1:30 p.m.**

All other guidelines and requirements remain in effect. (See ECF No. 4.)

**IT IS SO ORDERED**.

Dated:  March 16, 2022

Honorable Michael S. Berg
United States Magistrate Judge