UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC.,<br><br>                                          Plaintiff,<br><br>v.<br><br>JAMES A. BIANCO, M.D., et al.,<br><br>                                          Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.:  21cv1950-MMA (MSB)<br><br>**ORDER GRANTING IN PART PLAINTIFF'S MOTION TO EXCUSE PERSONAL APPEARANCE OF CERTAIN THIRD PARTY DEFENDANTS AT EARLY NEUTRAL EVALUATION CONFERENCE**<br>**[ECF NO. 7]** |

On March 11, 2022, Plaintiff/Counter-Defendant EpicentRx, Inc. filed an "Application to Have Third Party Defendants Franck Brinkhaus and Bryan Oronsky Excused from Attendance at Early Neutral Evaluation." (ECF No. 7.)  Plaintiff asks the Court to excuse Drs. Brinkhaus and Oronsky from attending and participating in the Early Neutral Evaluation ("ENE") conference.  (Id. at 2.)  In support, Plaintiff contends that "Drs. Brinkhaus and Oronsky are erroneously included in the caption of Defendant, Counterclaimant and Third-Party Claimant James A. Bianco, M.D.'s ('Defendant') Third Party Cross-Complaint [ECF No. 2], Defendant has not alleged any causes of action against them, nor does he seek any damages from them."  (Id.)  Plaintiff further asserts

that "Drs. Brinkhaus and Oronsky have nothing to add to the ENE," and EpicentRx and other named individual parties employed by EpicentRx will attend the ENE.  (Id.)

    The Court notes that no opposition has been filed to Plaintiff's motion.  (See Docket.)  Having considered the motion, the Court finds good cause to **GRANT** it **IN PART**.  Accordingly, Third-Party Defendants Franck Brinkhaus and Bryan Oronsky are hereby excused from attending the ENE scheduled for April 19, 2022, at 1:30 p.m., **so long as they are available by phone during the duration of the conference.**

    **IT IS SO ORDERED**.

Dated:  March 16, 2022

Honorable Michael S. Berg
United States Magistrate Judge