UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC.,<br><br>                              Plaintiff,<br>v.<br>JAMES A. BIANCO, M.D., et al.,<br>                             Defendants.<br><br>AND RELATED COUNTERCLAIMS AND CROSS-CLAIMS | Case No.:  21cv1950-MMA (MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

    A telephonic Case Management Conference was held on July 13, 2022.  Pursuant to the discussions during the conference, the Court sets a telephonic Case Management Conference for **October 12, 2022**, at **10:30 a.m.**  Plaintiff's counsel is to arrange and initiate the conference call.

    **IT IS SO ORDERED**.

Dated:  July 13, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge