UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TRANSFER OF CASES FROM MAGISTRATE JUDGE MICHAEL S. BERG TO MAGISTRATE JUDGE DAVID D. LESHNER | ORDER OF TRANSFER |

**IT IS HEREBY ORDERED** that the following listed cases are transferred from the calendar of the Honorable Michael S. Berg, to the calendar of the Honorable David D. Leshner for all further proceedings. All pending dates including discovery deadlines, hearings, and conferences before Magistrate Judge Berg, if any, remain unchanged until further order and are now **SET** before Magistrate Judge David D. Leshner. Any dates set before any district judge remain unchanged.

| Case No. | Title |
|---|---|
| 20cv1058-JO | EpicentRx, Inc. v. Carter |
| 20cv1085-JO | Sussman, et al. v. San Diego Police Dept., et al. |
| 20cv1465-LAB | Trejo, et al. v. County of Imperial, et al. |
| 20cv1528-LL | Sihler, et al. v. The Fulfillment Lab, Inc., et al. |

1

[Case Number]

| | | |
|---|---|---|
| 1 | 20cv2096-LAB | The Estate of Elisa Serna, et al. v. County of San Diego, et al. |
| 2 | 20cv2407-WQH | Flood Jr. v. County of San Diego, et al. |
| 3 | 21cv792-TWR | Gonzalez v. Sedeghi, et al. |
| 4 | 21cv1117-WQH | Blumenfeld Development Group, Ltd., et al. v. Sadlerstone, LLC |
| 5 | 21cv1600-BEN | Murphy v. Madden |
| 6 | 21cv1950-MMA | Epicentrx, Inc. v. Bianco, M.D., et al. |
| 7 | 21cv1979-RSH | Keeler v. County of San Diego, et al. |
| 8 | 21cv1981-RSH | Keeler v. County of San Diego, et al. |
| 9 | 22cv950-BAS | Foothills Christian Church, et al. v. Johnson, et al. |

**IT IS SO ORDERED.**

Dated:  August 17, 2022

_____
Honorable Michael S. Berg
United States Magistrate Judge