# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC., <br><br> Plaintiff, <br><br> v. <br><br> JAMES A. BIANCO, M.D., et al., <br><br> Defendants. | Case No.: 21-cv-1950-MMA (DDL) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE AND DISMISSING COUNTERCOMPLAINT AND THIRD-PARTY COMPLAINT** |
| JAMES A. BIANCO, M.D., et al., <br><br> Counter Claimants, <br><br> v. <br><br> EPICENTRX, INC., et al., <br><br> Counter Defendants. | |
| DONNA TEMPEL, Ph. D., et al., <br><br> Third Party Plaintiffs, <br><br> v. <br><br> FRANK BINKHAUS, et al., <br><br> Third Party Defendants. | |

On August 29, 2021, the Court ordered Counterclaimants and Third-Party Plaintiffs James A. Bianco, M.D. and Donna Tempel, Ph. D. to show cause why their Countercomplaint and Third-Party Complaint should not be dismissed for failure to serve. *See* Doc. No. 27 (the "OSC"). Bianco and Tempel responded to the OSC, *see* Doc. No. 30, and filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), *see* Doc. No. 29. Accordingly, the Court **DISCHARGES** the OSC and **DISMISSES** Bianco and Tempel's counterclaims and third-party claims, asserted in their Amended Answer, Counterclaims, and Third-Party Claims, *see* Doc. No. 15, without prejudice.

**IT IS SO ORDERED**.

Dated: September 15, 2022

HON. MICHAEL M. ANELLO
United States District Judge