# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EPICENTRX, INC.,<br><br>                                    Plaintiff,<br><br>v.<br><br>JAMES A. BIANCO, M.D., et al.,<br><br>                                    Defendants. | Case No.: 21-cv-1950-MMA-DDL<br><br>**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**<br>**[Dkt. No. 32]**<br><br>**and**<br><br>**AMENDED SCHEDULING ORDER** |

      Before the Court is the parties' Joint Stipulated Motion to Amend Scheduling Order (the "Joint Motion"). Dkt. No. 32. For the reasons discussed during the October 13, 2022 Status Conference, and for good cause shown, the Court **GRANTS** the Joint Motion. **The parties are advised that these pretrial deadlines will not be continued further**. The Court reiterates its expectation that the parties will proceed expeditiously to complete the remaining fact discovery in this case. *See* CivLR 16.1.b. ("All counsel and parties . . . must proceed with diligence to take all steps necessary to bring an action to readiness for trial.")

///

///

**AMENDED SCHEDULING ORDER**

The Court further hereby **ORDERS** that:

1. The Court will hold a counsel-only Status Conference on **November 21, 2022** at **2:30 p.m.** The Status Conference will be conducted by videoconference with instructions for appearance to follow. Counsel with primary responsibility for the litigation must appear at the Status Conference.

2. All written discovery requests, deposition notices, and subpoenas for documents and/or deposition testimony (except as related to expert witnesses) must be served by **October 28, 2022**. The Court expects all counsel and parties to work cooperatively to conduct depositions on a mutually convenient schedule.

3. All fact discovery must be completed by all parties by **December 19, 2022**.

4. Each party must comply with the disclosure provisions in Federal Rule of Civil Procedure 26(a)(2)(B) and (C) of the by **January 20, 2023**.

5. Any party must supplement its disclosure regarding contradictory or rebuttal evidence under Federal Rule of Civil Procedure 26(a)(2)(D) by **February 10, 2023**.

6. All expert discovery must be completed by all parties by **March 10, 2022**.

7. All dispositive pretrial motions, including motions for summary judgment and motions addressing *Daubert* issues, must be filed by **April 7, 2022**.[1] Counsel for the moving party must obtain a motion hearing date from Judge Anello's law clerk. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Please plan accordingly. Failure to make a timely request for a motion date may result in the motion not being heard.

8. All parties and counsel must appear for a Mandatory Settlement Conference before **Magistrate Judge David D. Leshner** on **March 21, 2023** at **1:30 p.m.** The parties'

///

---

[1] This deadline is not applicable to pretrial motions *in limine*. For further information regarding motions *in limine*, please refer to Judge Anello's Civil Chambers Rules.

confidential settlement briefs must be submitted directly to Judge Leshner's chambers by **March 14, 2023**.

9. Except as explicitly modified herein, all deadlines and mandatory instructions set forth in the Court's April 18, 2022 Scheduling Order [Dkt. No. 17] remain in effect. Failure to comply with any of the Court's deadlines, procedures and instructions may result in sanctions, including those available under Federal Rule of Civil Procedure 37.

10. Plaintiff's counsel must serve a copy of this order on all parties that enter this case hereafter.

**IT IS SO ORDERED.**

Dated: October 14, 2022

_David Leshner_
Hon. David D. Leshner
United States Magistrate Judge